RECEIVED

9 Iss

2 8 2014

CLERK, U.S. DISTRICT COURT
ALEXANDRIA, VA

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Eastern District of Virginia ☑

| | | |
|---|---|---|
| GILDA HAGAN-BROWN | ) | |
| | ) | |
| | ) | |
| *Plaintiff(s)* | ) | |
| v. | ) | Civil Action No. 1: 14 Cv 1L14 |
| ELI LILLY AND COMPANY, A CORPORATION AND DOES 1-50, INCLUSIVE | ) | |
| | ) | |
| *Defendant(s)* | ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  ELI LILLY AND COMPANY
LILLY CORPORATE CENTER
INDIANAPOLIS, IN 46285

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   PETER A. MILLER
MILLER LEGAL LLC
175 S. PANTOPS DRIVE, THIRD FLOOR
CHARLOTTESVILLE, VA 22911
(434) 529-6409

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____                    _____
                                          *Signature of Clerk or Deputy Clerk*