**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF VIRGINIA**
**ALEXANDRIA DIVISION**

| | |
|---|---|
| GILDA HAGAN-BROWN<br><br>           Plaintiff,<br><br>      v.<br><br>ELI LILLY AND COMPANY, an Indiana corporation,<br><br>           Defendant. | CASE NO. 1:14CV-01614<br>Judge: Trenga, Anthony J.<br>Filed: February 20, 2015<br><br>Hearing Date: February 27, 2015 |

## NOTICE OF HEARING

PLEASE TAKE NOTICE that on February 27, 2015, at 10:00am., or as soon thereafter as counsel may be heard, Plaintiff Gilda Hagan-Brown will bring on for hearing her Motion to Transfer Venue.

    Respectfully submitted,

    /s/ Brielle M. Hunt
    Brielle M. Hunt
    MILLER LEGAL LLC
    Va. Bar 87652
    175 S. Pantops Drive, Ste. 301
    Charlottesville, VA 22911
    Tele (434) 529-6909
    Fax (888) 830-1488
    bhunt@millerlegalllc.com

    R. Brent Wisner, Esq. *(pro hac vice)*
    BAUM HEDLUND ARISTEI &
    GOLDMAN, P.C.
    12100 Wilshire Blvd., Ste. 950
    Los Angeles, CA 90025
    Tele (310) 207-3233
    Fax (310) 207-4204
    rbwisner@baumhedlundlaw.com

    *Attorneys for Plaintiff Gilda Hagan-Brown*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 20th day of February, 2015, a true copy of the foregoing NOTICE OF HEARING was filed electronically with the Clerk of Court using the CM/ECF system, which will send a notification of such filing to the following:

Jeffrey Todd Bozman
Michael X. Imbroscio *(pro hac vice)*
Phyllis A. Jones *(pro hac vice)*
Brett C. Reynolds *(pro hac vice)*
COVINGTON & BURLING LLP
One CityCenter
850 Tenth Street, NW
Washington, DC 20001
Tele (202) 662-5335
Fax (202) 778-5535
jbozman@cov.com

/s/ Brielle M. Hunt
Brielle M. Hunt
MILLER LEGAL LLC
Va. Bar 87652
175 S. Pantops Drive, Ste. 301
Charlottesville, VA 22911
Tele (434) 529-6909
Fax (888) 830-1488
bhunt@millerlegalllc.com