IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| GILDA HAGAN-BROWN, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>ELI LILLY AND COMPANY, )<br>an Indiana Corporation, )<br>)<br>Defendant. ) | Civil Action No. 1:14-cv-1614 (AJT/JFA) |

## ORDER

Because the Court will not be available on the currently scheduled date for the final pre-trial conference, it is hereby

ORDERED that the final pretrial conference currently scheduled for May 21, 2015 at 10:00 a.m. shall be rescheduled for June 18, 2015 at 10:00 a.m., with all pre-trial filing deadlines remaining unchanged based on the original May 21, 2015 pre-trial conference date.

The Clerk is directed to forward copies of this Order to all counsel of record.

_____
Anthony J. Trenga
United States District Judge

March 4, 2015
Alexandria, Virginia