IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| GILDA HAGAN-BROWN, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No. 1:14cv1614 (AJT/JFA) |
| | ) |
| ELI LILLY AND COMPANY, | ) |
| | ) |
| Defendant. | ) |

## ORDER

On Friday, April 3, 2015, counsel for the parties appeared before the court to present argument on plaintiff's Motion to Compel (Docket no. 30). Upon consideration of the motion, the memorandum in support (Docket no. 32), defendant's opposition (Docket no. 40), and for the reasons stated from the bench, it is hereby

ORDERED that plaintiff's Motion to Compel (Docket no. 30) is granted in part and denied in part. The motion is granted as to plaintiff's request for the production of Electronic Common Technical Documents ("eCTDs") for Cymbalta indications available in such format. The motion is also granted with respect to those records contemplated by Request for Production No. 96, provided that plaintiff agrees to cover any costs that may arise from the transportation or copying of those records. Lastly, the motion is granted in part and denied in part as to plaintiff's request for the production of internal communications from additional custodians as contemplated by Request for Production Nos. 24, 25, 26, 27, 28, 29, 35, 36, 39, and 41 and defendant will search and produce relevant and discoverable correspondence from Matt Kuntz in addition to the other two individuals previously agreed to.

Entered this 3rd day of April, 2015.

                                                        /s/ *JFA*
                                            John F. Anderson
                                            United States Magistrate Judge

Alexandria, Virginia