IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

GILDA HAGAN-BROWN, )
 )
          Plaintiff, )
 )
v. ) Civil Action No. 1:14cv1614 (AJT/JFA)
 )
ELI LILLY AND COMPANY, )
 )
          Defendant. )
_____ )

## CONSENT ORDER

In accordance with Paragraph 4 of the Rule 16(b) Scheduling Order, and upon consideration of the representations made by the parties in their Proposed Discovery Plan and in the joint letter from counsel filed on April 7, 2015, the court makes the following ruling, entering the dates requested in the joint letter with the exception of the date by which rebuttal/reply reports shall be served:

1. Parties shall simultaneously exchange expert reports by April 30, 2015.

2. Parties' rebuttal/reply reports, if any, shall be served by May 7, 2015.

3. All other deadlines set forth by the court, including the May 15, 2015 deadline for conclusion of discovery, remain in effect.

Entered this 9TH day of April, 2015.

                                                    /s/
                                          John F. Anderson
                                          United States Magistrate Judge
                                          John F. Anderson
                                          United States Magistrate Judge

Alexandria, Virginia

Respectfully submitted by counsel:

For the Plaintiff:

*(signature)*

Peter A. Miller (VSB 47822)
Miller Legal LLC
175 S. Pantops Drive, Third Floor
Charlottesville, VA 22911
Tel: (434) 529-6909
Fax: (888) 830-1488
Email: PMiller@MillerLegalLLC.com
*Attorney for Gilda Hagan-Brown*


For the Defendant:

*(signature)*

Jeffrey T. Bozman (VSB 83679)
Covington & Burling LLP
One CityCenter
850 Tenth Street, NW
Washington, DC 20001
Tel: (202) 662-5829
Fax: (202) 778-5829
Email: jbozman@cov.com
*Attorney for Eli Lilly and Company*