IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| GILDA HAGAN-BROWN, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No. 1:14cv1614 (AJT/JFA) |
| | ) |
| ELI LILLY AND COMPANY, | ) |
| | ) |
| Defendant. | ) |
| | ) |

### ORDER

On Thursday, April 16, 2015, counsel for the parties appeared before the court to present argument on defendant's Motion for Order to Allow the Noticing Party to First Question a Deponent (Docket no. 49). Upon consideration of the motion, the incorporated memorandum in support, plaintiff's opposition (Docket no. 60), defendant's reply (Docket no. 63), and for the reasons stated from the bench, it is hereby

ORDERED that defendant's Motion for Order to Allow the Noticing Party to First Question a Deponent is granted.

Entered this 16th day of April, 2015.

/s/
John F. Anderson
United States Magistrate Judge

John F. Anderson
United States Magistrate Judge

Alexandria, Virginia