**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF VIRGINIA**
**ALEXANDRIA DIVISION**

| | |
|---|---|
| GILDA HAGAN-BROWN<br><br>   Plaintiff,<br><br>   v.<br><br>ELI LILLY AND COMPANY, an Indiana corporation,<br><br>   Defendant. | CASE NO.: 1:14-CV-01614 |
| JANINE ALI<br><br>   Plaintiff,<br><br>   v.<br><br>ELI LILLY AND COMPANY, an Indiana corporation,<br><br>   Defendant. | CASE NO.: 1:14-CV-01615 |

## MOTION FOR EXTENSION OF TIME TO COMPLETE DISCOVERY

For the reasons set forth in the accompanying Memorandum, which is incorporated by reference herein, Plaintiffs Janine Ali and Gilda Hagan-Brown, and Defendant Eli Lilly and Company, respectfully jointly move this Court for a fourteen (14) day extension of time, pursuant to Local Civil Rule 37, in which to complete discovery. The parties waive a hearing on this Motion.

Respectfully submitted,

<div style="display:flex">
<div>

/s/ Peter A. Miller
Peter A. Miller (47822)
MILLER LEGAL LLC
175 S. Pantops Drive, Third Floor
Charlottesville, VA 22911
Tel:  (434) 529-6909
Fax:  (888) 830-1488
pmiller@millerlegalllc.com
bhunt@millerlegalllc.com

R. Brent Wisner, Esq. (*pro hac vice*)
BAUM, HEDLUND, ARISTEI &
GOLDMAN, P.C.
12100 Wilshire Blvd., Suite 950
Los Angeles, CA 90025
Tel:  (310) 207-3233
Fax:  (310) 820-7444
rbwisner@baumhedlundlaw.com

*Counsel for Plaintiffs*

</div>
<div>

/s/ Jeffrey Todd Bozman
Jeffrey Todd Bozman (83679)
Michael X. Imbroscio (*pro hac vice*)
Phyllis A. Jones (*pro hac vice*)
Brett C. Reynolds (*pro hac vice*)
COVINGTON & BURLING LLP
One CityCenter
850 Tenth Street, N.W.
Washington, DC 20001
Tel:  (202) 662-5335
Fax:  (202) 778-5335
jbozman@cov.com

*Counsel for Defendant Eli Lilly & Company*

</div>
</div>

## CERTIFICATE OF SERVICE

I hereby certify that on the 29th day of April, 2015, I will electronically file the foregoing with the Clerk of the Court using the CM/ECF system, which will then send a notification of such filing (NEF) to the following:

Peter A. Miller
Brielle Marie Hunt
MILLER LEGAL LLC
175 S. Pantops Drive, Third Floor
Charlottesville, VA 22911
Tel: (434) 529-6909
Fax: (888) 830-1488
pmiller@millerlegalllc.com
bhunt@millerlegalllc.com

R. Brent Wisner, Esq. (*pro hac vice*)
BAUM, HEDLUND, ARISTEI & GOLDMAN, P.C.
12100 Wilshire Blvd., Suite 950
Los Angeles, CA 90025
Tel: (310) 207-3233
Fax: (310) 820-7444
rbwisner@baumhedlundlaw.com

*Counsel for Plaintiffs*

Dated: April 29, 2015

By: ____/s/____
Jeffrey T. Bozman (83679)
Covington & Burling LLP
One CityCenter
850 Tenth Street, N.W.
Washington, DC 20001
Tel: (202) 662-5829
Fax: (202) 778-5829
jbozman@cov.com
*Counsel for Eli Lilly and Company*