**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF VIRGINIA**
**ALEXANDRIA DIVISION**

| | |
|---|---|
| GILDA HAGAN-BROWN<br><br>    Plaintiff,<br><br>  v.<br><br>ELI LILLY AND COMPANY, an Indiana corporation,<br><br>    Defendant. | CASE NO.: 1:14-CV-01614 |
| JANINE ALI<br><br>    Plaintiff,<br><br>  v.<br><br>ELI LILLY AND COMPANY, an Indiana corporation,<br><br>    Defendant. | CASE NO.: 1:14-CV-01615 |

## [PROPOSED] ORDER GRANTING JOINT MOTION FOR EXTENSION OF TIME TO COMPLETE DISCOVERY

THIS CAUSE having come before the Court on the parties' Joint Motion for Extension of Time to Complete Discovery, and for good cause shown,

IT IS ORDERED AND ADJUDGED as follows:

1.    The date for completion of all discovery in the above-captioned matters is extended by a period of fourteen (14) days, up to and including May 29, 2015.

2.    The parties shall simultaneously exchange expert reports by May 14, 2015. The parties' rebuttal/reply reports, if any, shall be served by May 21, 2015.

3.    All other deadlines set by the Court remain in effect.

-2-

Entered this _____ day of _____, 2015.

_____
Anthony J. Trenga
United States District Judge