**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF VIRGINIA**
**ALEXANDRIA DIVISION**

| | |
|---|---|
| GILDA HAGAN-BROWN,<br><br>        Plaintiff,<br><br>   v.<br><br>ELI LILLY AND COMPANY, an Indiana corporation,<br><br>        Defendant. | CASE NO.: 1:14-CV-01614 |

## ELI LILLY AND COMPANY'S WITNESS LIST

Pursuant to the Court's Orders and Federal Rule of Civil Procedure 26, Eli Lilly and Company ("Lilly") hereby identifies witnesses it anticipates calling at trial, other than witnesses contemplated to be called solely for impeachment. Lilly also reserves the right to call any witnesses on Plaintiff's witness list.

| **Name** | **Description** | **Contact Information** |
|---|---|---|
| Mohammad Bahadori, M.D. (live, but by deposition if does not appear live) | Plaintiff's Healthcare Provider | Arthritis Care Center<br>14904 Jefferson Davis Hwy.<br>Woodbridge, VA 22191<br>(703) 492-6660 |
| Karen Becker, Ph.D. | Regulatory/Labeling Expert | Precision for Medicine<br>2 Bethesda Metro Center<br>Suite 850<br>Bethesda, MD 20814<br>(240) 654-0730 |
| Michael Clark, M.D. | Pain/Fibromyalgia Expert | The Johns Hopkins Hospital<br>600 North Wolfe Street<br>Baltimore, MD 21287<br>(410) 955-2126 |
| Henry Hagan-Brown | Plaintiff's Husband | Through Plaintiff's Counsel |
| Sharon Hoog, M.D. (live or by deposition) | Eli Lilly Employee | Lilly Corporate Center<br>Indianapolis, Indiana 46285<br>(317) 276-2000 |

| | | |
|---|---|---|
| Ronald Koshes, M.D. (live, but by deposition if does not appear live) | Plaintiff's Healthcare Provider | 1348 East Capitol Street, SE Washington, DC 20003 (202) 543-0406 |
| Steven Knowles, M.D. (live or by deposition) | Eli Lilly Employee | Lilly Corporate Center Indianapolis, Indiana 46285 (317) 276-2000 |
| Carol McCleary, Psy.D. (live, but by deposition if does not appear live) | Plaintiff's Healthcare Provider | 4310 Ridgewood Center Drive Woodbridge, VA 22192 (703) 495-3164 |
| David G. Perahia, M.D. (live or by deposition) | Eli Lilly Employee | Lilly Research Centre Sunninghill Road Windlesham, Surrey GU20 6PH United Kingdom +44 1276 483000 |
| Madeline Wohlreich, M.D. (live or by deposition) | Eli Lilly Employee | Lilly Corporate Center Indianapolis, Indiana 46285 (317) 276-2000 |

Dated June 17, 2015                                            Respectfully submitted,

*/s/ Jeffrey Todd Bozman*
Jeffrey Todd Bozman (VSB 83679)
Michael X. Imbroscio (*pro hac vice*)
Paul W. Schmidt (*pro hac vice*)
Phyllis A. Jones (*pro hac vice*)
Brian Stekloff (*pro hac vice*)
Brett C. Reynolds (*pro hac vice*)
COVINGTON & BURLING LLP
One CityCenter
850 Tenth Street, N.W.
Washington, DC 20003
Tel:  (202) 662-5335
Fax:  (202) 778-5335
jbozman@cov.com

*Attorneys for Defendant Eli Lilly & Company*

## **CERTIFICATE OF SERVICE**

I hereby certify that on the 17th day of June, 2015, I will electronically file the foregoing with the Clerk of the Court using the CM/ECF system, which will then send a notification of such filing (NEF) to the following:

    Peter A. Miller
    Brielle Marie Hunt
    MILLER LEGAL LLC
    175 S. Pantops Drive, Third Floor
    Charlottesville, VA 22911
    Tel:  (434) 529-6909
    Fax:  (888) 830-1488
    pmiller@millerlegalllc.com
    bhunt@millerlegalllc.com

    R. Brent Wisner (*pro hac vice*)
    BAUM, HEDLUND, ARISTEI & GOLDMAN, P.C.
    12100 Wilshire Blvd., Suite 950
    Los Angeles, CA 90025
    Tel:  (310) 207-3233
    Fax:  (310) 820-7444
    rbwisner@baumhedlundlaw.com

    *Counsel for Plaintiffs*

Dated: June 17, 2015

    By: _____/s/_____
    Jeffrey T. Bozman (83679)
    COVINGTON & BURLING LLP
    One CityCenter
    850 Tenth Street, N.W.
    Washington, DC 20001
    Tel: (202) 662-5829
    Fax: (202) 778-5829
    jbozman@cov.com

    *Counsel for Eli Lilly and Company*