IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| GILDA HAGAN-BROWN, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> ELI LILLY AND COMPANY, ) <br> an Indiana Corporation, ) <br> ) <br> Defendant. ) | Civil Action No. 1:14-cv-1614 (AJT/JFA) |
| JANINE ALI, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> ELI LILLY AND COMPANY, ) <br> an Indiana Corporation, ) <br> ) <br> Defendant. ) | Civil Action No. 1:14-cv-1615 (AJT/JFA) |

## ORDER

Presently pending before the Court are Defendant's Motion for Brief Continuance of Trial [Doc. Nos. 144 & 157], Defendant's Motion for Separate Trials [Doc. Nos. 105 & 117], Defendant's Motion for Summary Judgment [Doc. Nos. 113 & 125], Defendant's Motions to Exclude the General and Case-Specific Expert Testimony of Joseph Glenmullen [Doc. Nos. 107, 109, 119, 121], Defendant's Motion to Exclude the Expert Testimony of Lou Morris [Doc. Nos. 116 & 128], and Defendant's Motion to Strike Punitive Damages Demand [Doc. Nos. 111 & 123] (collectively, "the Motions"). Upon consideration of the Motions, the memoranda in support thereof and in opposition thereto, the arguments presented by counsel for Plaintiffs and counsel for Defendant at the hearing held on July 31, 2015, and for the reasons stated in open court, it is hereby

ORDERED that Defendant's Motion for Brief Continuance of Trial be, and the same hereby is, DENIED; it is further

ORDERED that Defendant's Motion for Separate Trials be, and the same hereby is, DENIED; it is further

ORDERED that Defendant's Motion for Summary Judgment be, and the same hereby is DENIED; it is further

ORDERED that Defendant's Motions to Exclude the General and Case-Specific Expert Testimony of Joseph Glenmullen, Defendant's Motion to Exclude the Expert Testimony of Lou Morris, and Defendant's Motion to Strike Punitive Damages Demand be, and the same hereby are, TAKEN UNDER ADVISEMENT; it is further

ORDERED that the Court will hold a final pretrial conference at 2:00 p.m. on Friday, August 21, 2015; it is further

ORDERED that any pending motions in these actions currently scheduled for a hearing at 10:00 a.m. on Friday, August 21, 2015 shall be CONTINUED to 2:00 p.m. on Friday, August 21, 2015.

The Clerk is directed to forward copies of this Order to all counsel of record.

/s/
Anthony J. Trenga
United States District Judge

July 31, 2015
Alexandria, Virginia